**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CORNUCOPIA INSTITUTE,

                Plaintiff,

v.

AGRICULTURAL MARKETING
SERVICE,

                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 16-cv-02252-ABJ

---

**DECLARATION OF C. PETER SORENSON**

1. My name is C. Peter Sorenson, and all statements made herein are true, and based on my personal knowledge.

2. I serve as counsel, along with R. Stephen Doughty, for Plaintiff Cornucopia in the above-captioned case.

3. I am a 1982 graduate of the University of Oregon School of Law.

4. I am an attorney in private practice with Sorenson Law Office. My law practice is presently limited to requests, administrative appeals and litigation concerning the Freedom of Information Act in the United States District Court for the District of Columbia.

5. I am a member in good standing of the Oregon State Bar, the District of Columbia Bar, the Bar of the United States District Court for the District of Columbia, and other Federal Court bars. A summary of my legal background is attached and made part of this declaration as Exhibit 1.

6. During the course of this litigation, I supervised Casey J. Scofield (CJS) and Kenneth C. Sergienko (KCS) as legal assistants. These legal assistants are billed as Paralegals & Law Clerks under the USAO Attorney's Fees Matrix - 2015 - 2017, described in paragraph 10 of this Declaration.

7. I was the lead attorney for the Plaintiff's case. Working with me was R. Stephen Doughty. I supervised the paralegals in presenting Plaintiff's case. After applying billing judgment, Plaintiff is only seeking 59.1 hours for the work of the two senior attorneys and two legal assistants on behalf of Plaintiff in the above-captioned case. Work on this case began in August of 2016 and continues to date.

8. The calculation in the paragraphs above is supported by the contemporaneously generated time records that I recorded, Mr. Doughty recorded,  or the legal assistants recorded throughout the litigation in the above-captioned matter. The records are presented as Exhibit 2 and are attached and made part of this Declaration.

9. The rates used in the presentation of the time billing records, Exhibit 2, are supported by Exhibit 3, which is the USAO Attorney's Fees Matrix - 2015 - 2017. Exhibit 3 is attached to this declaration. This matrix is maintained at www.justice.gov/usao-dc/file/889176/download. This matrix was used in settling the following cases where I represented the Plaintiff and assisted in settling the attorneys fees. These cases all involved the Freedom of Information Act and the USDA or AMS: 1) *The Cornucopia Institute v. United States Department of Agriculture*, Civil Action No. 16-00106-BAH; 2)  *Cornucopia Institute v. United States Department of Agriculture*, Civil Action No. 16-cv-0667-CRC and 3) *Cornucopia Institute v. Agricultural Marketing Service*, Civil Action No. 16-cv-00692-EGS.

10. On February 6, 2017 I wrote counsel for Defendant, "What is the update on this? I now sent two emails, sent at your request, and then faxed you those two emails. You have provided no response to these emails. Our client has since informed me that at least two of the applicants to the National Organic Standards Board (NOSB) do not have the appropriate form (Form AD-755) attached to their application. Can you check with the AMS to see if they have provided all of the records? The two applicants are Dwight Detter and Bogan Caceu."

11. As the parties continued discussing more releases of records, they again agreed on extension and ultimately they agreed to stay the case.

12. On March 29, 2017 I wrote counsel for defendant and informed them that "AD-755 is missing for applicants John Patrick, Eugene Steele, and Becky Weed and that the name of an endorser for NOSB applicant Joelle Mosso was redacted on p.493 of the received records.

13. On March 29, 2017 counsel for defendant, Ms. Maureen O'Brien, wrote counsel for Plaintiff and informed Plaintiff, "I emailed you the AD-755s for Patrick, Steele and Weed (as well as Powell-Palm) on 3/9/17. I see that the typed name of the individual who signed the letter was inadvertently redacted along with that person's written signature on p. 493." She provided the corrected copy of the page in question.

14. On April 12, 2017 the parties agreed and Defendant filed a Joint Motion to Stay. On April 14, 2017 the Court entered a minute order granting the parties' joint motion to stay and required a joint status report by May 12, 2017.

15. The parties were unable to agree on an attorney fee settlement after months of communications. On June 15, 2017, the case was referred to mediation with a United States Magistrate Judge.  United States Magistrate Judge Deborah A. Robinson engaged in mediation. Judge Robinson entered a Minute Order on June 27, 2017. After that mediation, negotiations, and filing

of numerous status reports, the parties remained unable to resolve the remaining attorney fee issues.

16. Plaintiff also incurred costs as follows: $400.00 as the filing fee in this action, and $22.08 for postage associated with serving the defendant, United States Attorney for the District of Columbia and the Attorney General of the United States of America with the Complaint and Summons.  A copy of the receipt for the filing cost is attached as Exhibit 4. A copy of the postage receipt is attached as Exhibit 5.

17. For the period between August 31, 2016, and August 16, 2017, the total fees, all reasonable, for both attorneys and both paralegals, after applying billing judgment is $30,708.65. The total of fees and costs, sought by Plaintiff, is thus $31,130.73.  If additional work is required on the case, then additional time records and billing will be presented to the court at a later date.

18. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Eugene, Oregon on this 18th day of August  2017.

_____/s/_____
C.Peter Sorenson

# EXHIBIT 1
## C. Peter Sorenson Resume

**C. Peter Sorenson**
**Sorenson Law Office**
**PO Box 10836**
**Eugene, OR 97440**
**541-606-9173**
**petesorenson@gmail.com**

1974 - 1977 - Legislative Assistant, Congressman Jim Weaver (Oregon), Washington, DC

1977 - 1979 - Special Assistant, Office of the Secretary of Agriculture, Washington, DC

1979 - 1982 - Law clerk, Dwyer Simpson and Wold, Attorneys, Eugene, Oregon

1981 - 1982 - Volunteer prosecutor, Lane County District Attorney's Office, Eugene, Oregon

1982 - present, Sorenson Law Office, Eugene, Oregon

1983 - 1984 - Instructor, Department of Planning, Public Policy and Management, University of Oregon

1984 - 1985 - Visiting professor, Department of Geography, University of Oregon

1993 - 1997 - Oregon State Senator (member of Judiciary Committee), Salem, Oregon

2005 - 2006 - Adjunct professor, School of Law, University of Oregon

## Education:

1996 - Certificate of Completion, Program for America's Emerging Political Leaders, Darden School, University of Virginia, Charlottesville, Virginia

1982 - J.D. University of Oregon School of Law, Eugene, Oregon

1979 - M.A. University of Oregon Geography Department, Eugene, Oregon

1973 - B.A. University of Oregon Geography Department, Eugene, Oregon

1972 - A.A. Southwestern Oregon Community College, Coos Bay, Oregon

## Bar Memberships:

1982 Oregon State Bar

1982 Lane County Bar Association

1983 United States District Court for the District of Oregon

1984 United States Court of Appeals for the Ninth Circuit

1991 Supreme Court of the United States of America

1993 District of Columbia Bar

1993 United States Court of Appeals for the District of Columbia Circuit

1994 United States District Court for the District of Columbia

# EXHIBIT 2
## Time Records

| Line Number | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| 1 | 08/31/2016 | CPS | Telephone call | Telephone to Mr. Cole, client's research associate | 581.00 | 0.2 | 116.20 |
| 2 | 11/11/2016 | CPS | Review File | Review, draft, and edt complaint | 581.00 | 0.5 | 290.50 |
| 3 | 11/14/2016 | CPS | Draft Email | Email to Client about filing | 581.00 | 0.6 | 348.60 |
| 4 | 11/14/2016 | CJS | Draft Complaint | Draft up civil cover sheet and summons | 157.00 | 1.0 | 157.00 |
| 5 | 11/14/2016 | CJS | File Case | Format and file complaint, civil cover sheet and summons | 157.00 | 0.8 | 125.60 |
| 6 | 12/02/2016 | CJS | Clerical | Print out documents from ECF | 157.00 | 0.4 | 62.80 |
| 7 | 12/08/2016 | CPS | Review File | Review court order | 581.00 | 0.2 | 116.20 |
| 8 | 12/20/2016 | CPS | Review File | Email Jason Cole, client's research associate re: Review AMS release | 581.00 | 0.4 | 232.40 |
| 9 | 12/20/2016 | CPS | Draft Email | Email to to Client | 581.00 | 0.1 | 58.10 |
| 10 | 12/20/2016 | CPS | Draft Email | Email to AUSA Johnson | 581.00 | 0.2 | 116.20 |
| 11 | 12/21/2016 | CPS | Review File | Review letter from AMS | 581.00 | 0.2 | 116.20 |
| 12 | 12/27/2016 | CPS | Telephone call | Telephone call to AUSA Johnson | 581.00 | 0.4 | 232.40 |
| 13 | 01/03/2017 | CPS | Telephone call | Telephone call to AUSA Johnson | 581.00 | 0.2 | 116.20 |
| 14 | 01/03/2017 | CPS | Review File | Review responsive records | 581.00 | 1.0 | 581.00 |
| 15 | 01/03/2017 | CPS | Draft Email | Email to AUSA Johnson | 581.00 | 0.1 | 58.10 |
| 16 | 01/05/2017 | CPS | Telephone call | Telephone call to AUSA Johnson | 581.00 | 0.1 | 58.10 |
| 17 | 01/05/2017 | CPS | Email | Email to AUSA Johnson re: Excessive redactions | 581.00 | 0.2 | 116.20 |
| 18 | 01/06/2017 | CPS | Review File | review records | 581.00 | 0.1 | 58.10 |
| 19 | 01/30/2017 | CPS | Draft Email | Email to AUSA Johnson, Telephone Call to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.4 | 232.40 |
| 20 | 01/30/2017 | CPS | Telephone call | Telephone call to AUSA Johnson | 581.00 | 0.1 | 58.10 |
| 21 | 01/30/2017 | CPS | Email | Email to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.1 | 58.10 |
| 22 | 01/30/2017 | CPS | Review File | Review records | 581.00 | 0.1 | 58.10 |
| 23 | 01/30/2017 | CPS | Telephone call | Telephone call to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.2 | 116.20 |
| 24 | 02/01/2017 | CPS | Draft Email | Email to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.1 | 58.10 |
| 25 | 02/06/2017 | CPS | Draft Email | Email to AUSA Johnson | 581.00 | 0.2 | 116.20 |

| Line Number | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| 26 | 02/07/2017 | CPS | Email | Read email from Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.2 | 116.20 |
| 27 | 02/07/2017 | CPS | Email | Email to AUSA Johnson | 581.00 | 0.2 | 116.20 |
| 28 | 02/08/2017 | CPS | Telephone call | Telephone call to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.2 | 116.20 |
| 30 | 02/10/2017 | CPS | Telephone call | Telephone call to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.2 | 116.20 |
| 31 | 02/17/2017 | RSD | Telephone call | Phone conference among counsel regarding status | 581.00 | 0.5 | 290.50 |
| 32 | 03/03/2017 | CPS | Email | Email to AUSA Johnson | 581.00 | 0.1 | 58.10 |
| 33 | 03/06/2017 | CPS | Telephone call | Telephone call to AUSA Johnson re: New release | 581.00 | 0.4 | 232.40 |
| 34 | 03/06/2017 | CPS | Telephone call | Telephone call to Ms. O'Brien (OGC USDA) | 581.00 | 0.2 | 116.20 |
| 35 | 03/06/2017 | CPS | Email | Email to client | 581.00 | 0.2 | 116.20 |
| 36 | 03/06/2017 | CPS | Email | Email to AUSA Johnson and Ms. O'Brien, OGC USDA | 581.00 | 0.2 | 116.20 |
| 37 | 03/06/2017 | RSD | Email | Email from co counsel regarding his conference with the government | 581.00 | 0.1 | 58.10 |
| 38 | 03/07/2017 | RSD | Legal Research | Review Exemption 6 Department of Justice Guide | 581.00 | 1.5 | 871.50 |
| 39 | 03/07/2017 | RSD | Memorandum of Law | Work on memorandum, research | 581.00 | 2.8 | 1,597.75 |
| 40 | 03/08/2017 | CJS | Clerical | Scan letter from AMS | 157.00 | 0.3 | 47.10 |
| 41 | 03/08/2017 | RSD | Memorandum of Law | Complete draft of memorandum on privacy issues | 581.00 | 1.2 | 697.20 |
| 42 | 03/08/2017 | RSD | Draft Email | E-mail from counsel re draft memo; Vanderbilt law library research and revise memo; e-mail to RD | 581.00 | 2.5 | 1,452.50 |
| 43 | 03/08/2017 | RSD | Email | Receive comments from counsel; email response to comments | 581.00 | 0.5 | 290.50 |
| 44 | 03/08/2017 | CPS | Email | Email to counsel re: opinion on redaction | 581.00 | 0.2 | 116.20 |
| 45 | 03/08/2017 | CPS | Email | Email to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.2 | 116.20 |
| 46 | 03/09/2017 | RSD | Drafting | Revise draft on felony convictions and financial info redactions | 581.00 | 0.2 | 116.20 |

| Line Number | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| 47 | 03/13/2017 | CPS | Draft Email | Email to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.2 | 116.20 |
| 48 | 03/13/2017 | CPS | Draft Email | Read email from Ms. O'Brien, OGC USDA | 581.00 | 0.1 | 58.10 |
| 49 | 03/13/2017 | CPS | Email | Email to Ms. O'Brien, OGC USDA re: agree to 30 day extension | 581.00 | 0.1 | 58.10 |
| 50 | 03/15/2017 | CPS | Telephone call | Telephone call to Will Fantle, Co-Director, The Cornucopia Institute, concerning "outside income" of NOSB appointees | 581.00 | 0.2 | 116.20 |
| 51 | 03/16/2017 | CPS | Draft Email | Email to AUSA Johnson and Ms. O'Brien, OGC USDA to clarify release of "outside income" for NOSB Appointees | 581.00 | 0.2 | 116.20 |
| 52 | 03/22/2017 | CPS | Telephone call | Telephone call to Will Fantle, Co-Director, The Cornucopia Institute re: remaining issues | 581.00 | 0.2 | 116.20 |
| 53 | 03/22/2017 | CPS | Draft Email | Email AUSA Johnson, and Ms, O'Brien, USDA OGC re: remaining issues | 581.00 | 0.2 | 116.20 |
| 54 | 03/23/2017 | CPS | Draft Email | Email to AUSA Johnson and Ms. O'Brien, USDA OGC re: remaining issues | 581.00 | 0.2 | 116.20 |
| 55 | 03/28/2017 | CPS | Telephone call | Telephone call to Will Fantle, Co-Director, The Cornucopia Institute, re: giving authority to settle | 581.00 | 0.1 | 58.10 |
| 56 | 03/28/2017 | CPS | Draft Email | Draft Email to AUSA Johnson and Ms. O'Brien, USDA OGC re: authority to settle | 581.00 | 0.2 | 116.20 |
| 57 | 03/29/2017 | CPS | Draft Settlement | memo to client on settlement proposal | 581.00 | 0.2 | 116.20 |
| 58 | 03/29/2017 | CPS | Draft Email | email to client approving path to settlement | 581.00 | 0.2 | 116.20 |
| 59 | 03/29/2017 | CPS | Email | Email to Will Fantle, Co-Director, The Cornucopia Institute, coordinating settlement | 581.00 | 0.1 | 58.10 |
| 60 | 04/06/2017 | CPS | Draft Email | Email to AUSA Johnson re: Possible settlement | 581.00 | 0.2 | 116.20 |
| 61 | 04/06/2017 | CPS | Draft Email | Email to Will Fantle, Co-Director, The Cornucopia Institute, re: Case Closure | 581.00 | 0.2 | 116.20 |

3

| Line Number | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| 62 | 04/06/2017 | CPS | Draft Email | Email to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.2 | 116.20 |
| 63 | 04/06/2017 | CPS | Draft Email | Email to AUSA Johnson re: Stay | 581.00 | 0.2 | 116.20 |
| 64 | 04/06/2017 | CPS | Telephone call | Telephone call to Will Fantle, Co-Director, The Cornucopia Institute, re: new redactions | 581.00 | 0.2 | 116.20 |
| 65 | 04/07/2017 | CPS | Telephone call | Telephone call to Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.1 | 58.10 |
| 66 | 04/10/2017 | CPS | Review File | Review recently released Defendant Documents | 581.00 | 0.2 | 116.20 |
| 67 | 04/10/2017 | CPS | Draft Email | Email to co counsel R. Stephen Doughty, re: Attorney Fees data | 581.00 | 0.1 | 58.10 |
| 68 | 04/10/2017 | CPS | Review File | Review joint motion and stay | 581.00 | 0.2 | 116.20 |
| 69 | 04/10/2017 | CPS | Draft Email | Email to AUSA Johnson re: stay and attorney fees | 581.00 | 0.2 | 116.20 |
| 70 | 04/15/2017 | CPS | Draft Settlement | Work on settlement | 581.00 | 0.2 | 116.20 |
| 71 | 04/16/2017 | CPS | Draft Settlement | Work on settlement | 581.00 | 0.2 | 116.20 |
| 72 | 04/19/2017 | CPS | Draft Settlement | Review time records | 581.00 | 0.4 | 232.40 |
| 73 | 04/19/2017 | CJS | Draft Settlement | Draft settlement offer | 581.00 | 0.4 | 232.40 |
| 74 | 04/24/2017 | CPS | Telephone call | Conference call with Daniel Stotter, Rachel Doughty, R. Stephen Doughty | 581.00 | 0.3 | 174.30 |
| 75 | 04/27/2017 | CPS | Email | Read email from Ms. Williams, Legal Asst. US Attorney's Office re: Plaintiff's Settlement Proposal | 581.00 | 0.1 | 58.10 |
| 76 | 05/02/2017 | CPS | Draft Email | Email to Daniel Stotter, R. Stephen Doughty, and Rachel Doughty concerning next steps | 581.00 | 0.3 | 174.30 |
| 77 | 05/02/2017 | CPS | Email | email to Ms. Williams, Legal Asst, US Attorney's Office re: settlement of case | 581.00 | 0.2 | 116.20 |
| 78 | 05/02/2017 | CPS | Email | Email to Ms. Williams, Legal Asst, US Attorney's Office proposing dates for next JSR | 581.00 | 0.2 | 116.20 |
| 79 | 05/02/2017 | CPS | Review File | Read case sent by AUSA Johnson: Conservation Force | 581.00 | 0.3 | 174.30 |

| Line Number | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| 80 | 05/04/2017 | CPS | Legal Research | Additional Review Conservation Force v. Jewell, case sent by Defendant | 581.00 | 0.3 | 174.30 |
| 81 | 05/05/2017 | CPS | Draft Settlement | Draft for settlement proposal on attorney fees | 581.00 | 0.3 | 174.30 |
| 82 | 05/05/2017 | CPS | Drafting | Revise settlement on attorney fees | 581.00 | 0.6 | 348.60 |
| 83 | 05/08/2017 | CPS | Email | Draft email to defense counsel requesting defense position on JSR dates | 581.00 | 0.4 | 232.40 |
| 84 | 05/10/2017 | CPS | Drafting | Compile draft chronology of events use in settlement discussions and preparation of fee motion | 581.00 | 0.8 | 464.80 |
| 85 | 05/11/2017 | CPS | Drafting | Revise JSR and proposal | 581.00 | 0.6 | 348.60 |
| 86 | 05/11/2017 | CPS | Email | Email to AUSA Johnson concerning proposed JSR | 581.00 | 0.2 | 116.20 |
| 87 | 05/11/2017 | CPS | Review File | Read Defendant's motion for extension of time | 581.00 | 0.1 | 58.10 |
| 88 | 05/11/2017 | CJS | Format | Format Memorandum of Law | 35.00 | 1.0 | 35.00 |
| 89 | 05/11/2017 | CJS | Format | Format JSR and Proposed Order | 35.00 | 0.4 | 14.00 |
| 90 | 05/12/2017 | CPS | Review File | Read Judge Jackson's Order-- defendants motion denied for failure to comply with local rule 7(M) | 581.00 | 0.1 | 58.10 |
| 91 | 05/12/2017 | CPS | Telephone call | Attempted calling 4 telephone numbers for AUSA Johnson | 581.00 | 0.1 | 58.10 |
| 92 | 05/12/2017 | CPS | Email | Email to AUSA Johnson requesting Defendant's position on JSR | 581.00 | 0.2 | 116.20 |
| 93 | 05/12/2017 | CPS | Review File | Read defendants notice withdrawing MET | 581.00 | 0.1 | 58.10 |
| 94 | 05/12/2017 | CPS | Email | Email to defense counsel requesting their position on briefing schedule | 581.00 | 0.2 | 116.20 |
| 95 | 05/15/2017 | CPS | Review File | Read Court Order re: Approval of JSR | 581.00 | 0.1 | 58.10 |

| Line Number | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| 96 | 05/21/2017 | CPS | Correspondence | Correspondence to AUSA Johnson regarding upcoming Joint Status Report, non-response to 5/12/17 email, and proposed stipulations on attorney fees | 581.00 | 0.2 | 116.20 |
| 97 | 05/26/2017 | CPS | Settlement Offer | Prepare May 26th settlement Proposal | 581.00 | 0.9 | 522.90 |
| 98 | 05/30/2017 | CPS | Correspondence | Correspondence with AUSA, Johnson Rejecting all Defense Offers and counter offers; Requesting dates for JSR | 581.00 | 0.2 | 116.20 |
| 99 | 05/31/2017 | CPS | Correspondence | Correspondence with government acknowledging receipt of offer | 581.00 | 0.4 | 232.40 |
| 100 | 06/01/2017 | CPS | Correspondence | Correspondence with AUSA, Johnson re: requesting AMS Counter Offer | 581.00 | 0.1 | 58.10 |
| 101 | 06/05/2017 | CJS | Draft JSR | Format JSR | 157.00 | 0.4 | 62.80 |
| 102 | 06/05/2017 | CPS | Revise | Revise Joint Status Report | 581.00 | 0.2 | 116.20 |
| 103 | 06/06/2017 | CPS | Email | Email to AUSA Johnson confirming filing of Joint Status Report on Monday June 12 | 581.00 | 0.1 | 58.10 |
| 104 | 06/11/2017 | CPS | Format | Format JSR and Proposed Order | 581.00 | 0.5 | 290.50 |
| 105 | 06/12/2017 | CPS | File Documents | File Joint Status Report | 581.00 | 0.2 | 116.20 |
| 106 | 06/12/2017 | CPS | Email | Email to co-counsel R. Stephen Doughty on update on case | 581.00 | 0.1 | 58.10 |
| 107 | 06/14/2017 | CPS | Email | Email to AUSA Johnson concerning her failure to call me and inviting discussion on attorney fees prior to mediation | 581.00 | 0.1 | 58.10 |
| 108 | 06/15/2017 | CPS | Review File | Read Court Order | 581.00 | 0.1 | 58.10 |
| 109 | 06/16/2017 | CPS | Revise | Format settlement proposal, revise and send settlement proposal | 581.00 | 0.4 | 232.40 |
| 110 | 06/21/2017 | CPS | Telephone call | Telephone call Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.2 | 116.20 |
| 111 | 06/26/2017 | CPS | Review File | Prepare for mediation | 581.00 | 0.8 | 464.80 |
| 112 | 06/26/2017 | CPS | Review File | Prepare for mediation | 581.00 | 0.3 | 174.30 |

| Line Number | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| 113 | 06/27/2017 | CPS | Telephone call | Telephone call Judge Robinson's chambers and Telephone call AUSA Johnson, email to AUSA Johnson re following court instructions for conference call | 581.00 | 0.2 | 116.20 |
| 114 | 06/27/2017 | CPS | Telephone call | Telephone Call from AUSA Johnson re: conference call preparation for conference call | 581.00 | 0.2 | 116.20 |
| 115 | 06/27/2017 | CPS | Telephone call | Mediation conference call with Judge Robinson | 581.00 | 0.4 | 232.40 |
| 116 | 06/27/2017 | CPS | Telephone call | Individual conference with Judge Robinson re: mediation | 581.00 | 0.2 | 116.20 |
| 117 | 06/27/2017 | CPS | Telephone call | Telephone call Will Fantle, Co-Director, The Cornucopia Institute, re: counter offer | 581.00 | 0.1 | 58.10 |
| 118 | 08/06/2017 | CPS | Email | Email to client re: Fantle declaration | 581.00 | 0.2 | 116.20 |
| 119 | 08/09/2017 | CPS | Telephone call | Telephone call to Alex English re: Declaration | 581.00 | 0.1 | 58.10 |
| 120 | 08/09/2017 | CPS | Drafting | Draft memo of law in support of motion for attorneys fees | 581.00 | 1.2 | 697.20 |
| 121 | 08/10/2017 | CPS | Email | Email to Attorney Alex English re: expert for declaration | 581.00 | 0.1 | 58.10 |
| 122 | 08/11/2017 | KCS | Draft Declaration | Work on R. Stephen Doughty declaration | 157.00 | 0.6 | 94.20 |
| 123 | 08/11/2017 | KCS | Draft Declaration | Work on R. Stephen Doughty declaration | 157.00 | 0.5 | 78.50 |
| 124 | 08/11/2017 | CPS | Draft Declaration | Draft declaration of Will Fantle | 581.00 | 1.1 | 639.10 |
| 125 | 08/11/2017 | CPS | Draft Declaration | Draft declaration of R. Stephen Doughty | 581.00 | 1.1 | 639.10 |
| 126 | 08/12/2017 | CPS | Drafting | Draft fee motion | 581.00 | 0.1 | 58.10 |
| 127 | 08/12/2017 | CPS | Review File | Review administrate record for Fantle declaration | 581.00 | 0.8 | 464.80 |
| 128 | 08/13/2017 | CPS | Drafting | Draft Plaintiff's memorandum of points and authorities in support of award and reasonable attorney's fees | 581.00 | 2.5 | 1,452.50 |
| 129 | 08/13/2017 | CPS | Drafting | Reply memo | 581.00 | 0.9 | 522.90 |
| 130 | 08/14/2017 | CPS | Draft Declaration | Work on Will Fantle, Co-Director, The Cornucopia Institute declaration | 581.00 | 0.3 | 174.30 |
| 131 | 08/14/2017 | CPS | Telephone call | Telephone call with Will Fantle, Co-Director, The Cornucopia Institute, re: declaration | 581.00 | 0.1 | 58.10 |

| Line Number | Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|---|
| 132 | 08/14/2017 | CPS | Draft Declaration | Work on declaration of Will Fantle, Co-Director, The Cornucopia Institute | 581.00 | 0.8 | 464.80 |
| 133 | 08/14/2017 | CPS | Draft Declaration | Work on exhibits for Will Fantle, Co-Director, The Cornucopia Institute Declaration | 581.00 | 1.1 | 639.10 |
| 134 | 08/14/2017 | CPS | Drafting | Work on attorney fee memo | 581.00 | 1.1 | 639.10 |
| 135 | 08/15/2017 | CPS | Telephone Call | Telephone call Alex English re: Declaration | 581.00 | 0.1 | 58.10 |
| 136 | 08/15/2017 | CPS | Telephone call | Telephone call Will Fantle, Co-Director, The Cornucopia Institute, re: Declaration | 581.00 | 0.1 | 58.10 |
| 137 | 08/15/2017 | CPS | Revise | Revise Declaration of Lance Quaranto | 581.00 | 0.5 | 290.50 |
| 138 | 08/15/2017 | CPS | Revise | Revise Declaration of R. Stephen Doughty | 581.00 | 0.4 | 232.40 |
| 139 | 08/15/2017 | CPS | Revise | Revise Declaration of C. Peter Sorenson | 581.00 | 0.3 | 174.30 |
| 140 | 08/16/2017 | CPS | Drafting | Worked on Attorney Fee Memorandum of Law | 581.00 | 0.2 | 116.20 |
| 141 | 08/16/2017 | CPS | Revise | Revise Memorandum of Law | 581.00 | 0.7 | 406.70 |
| 142 | 08/16/2017 | CPS | Revise | Revise Doughty Decl. | 581.00 | 0.6 | 348.60 |
| 143 | 08/16/2017 | CPS | Revise | Revise Sorenson Decl. | 581.00 | 0.7 | 406.70 |
| 144 | 08/16/2017 | CPS | Revise | Revise Memorandum of Law | 581.00 | 0.9 | 522.90 |
| 145 | 08/16/2017 | CPS | Revise | Revise Fantle Decl | 581.00 | 1.5 | 871.50 |
| 146 | 08/16/2017 | KCS | Revise | Edit Fee Memo | 157.00 | 0.6 | 94.20 |
| 147 | 08/16/2017 | KCS | Edit | Edit Fantle Decl. | 157.00 | 0.4 | 62.80 |
| 149 | 08/16/2017 | KCS | Edit | Edit Doughty Decl. | 157.00 | 0.6 | 94.20 |
| 149 | 08/16/2017 | KCS | Edit | Edit Fantle Decl. | 157.00 | 0.9 | 141.30 |
| | | | | | | TOTAL | 30,708.65 |

8

EXHIBIT 3
USAO Attorney's Fees Matrix

# USAO ATTORNEY'S FEES MATRIX – 2015 – 2017

*Revised Methodology starting with 2015-2016 Year*

Years (Hourly Rate for June 1 – May 31, based on change in PPI-OL since January 2011)

| Experience | 2015-16 | 2016-17 |
|---|---|---|
| 31+ years | 568 | 581 |
| 21-30 years | 530 | 543 |
| 16-20 years | 504 | 516 |
| 11-15 years | 455 | 465 |
| 8-10 years | 386 | 395 |
| 6-7 years | 332 | 339 |
| 4-5 years | 325 | 332 |
| 2-3 years | 315 | 322 |
| Less than 2 years | 284 | 291 |
| Paralegals & Law Clerks | 154 | 157 |

*Explanatory Notes*

1.  This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia (USAO) to evaluate requests for attorney's fees in civil cases in District of Columbia courts.  The matrix is intended for use in cases in which a fee-shifting statute permits the prevailing party to recover "reasonable" attorney's fees.  *See, e.g.,* 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 28 U.S.C. § 2412(b) (Equal Access to Justice Act).  The matrix has not been adopted by the Department of Justice generally for use outside the District of Columbia, or by other Department of Justice components, or in other kinds of cases.  The matrix does **not** apply to cases in which the hourly rate is limited by statute.  *See* 28 U.S.C. § 2412(d).

2.  A "reasonable fee" is a fee that is sufficient to attract an adequate supply of capable counsel for meritorious cases.  *See, e.g., Perdue v. Kenny A. ex rel. Winn*, 559 U.S. 542, 552 (2010).  Consistent with that definition, the hourly rates in the above matrix were calculated from average hourly rates reported in 2011 survey data for the D.C. metropolitan area, which rates were adjusted for inflation with the Producer Price Index-Office of Lawyers (PPI-OL) index.  The survey data comes from ALM Legal Intelligence's 2010 & 2011 Survey of Law Firm Economics.  The PPI-OL index is available at http://www.bls.gov/ppi.  On that page, under "PPI Databases," and "Industry Data (Producer Price Index - PPI)," select either "one screen" or "multi-screen" and in the resulting window use "industry code" 541110 for "Offices of Lawyers" and "product code" 541110541110 for "Offices of Lawyers."  The average hourly rates from the 2011 survey data are multiplied by the PPI-OL index for May in the year of  the update, divided by 176.6, which is the PPI-OL index for January 2011, the month of the survey data, and then rounding to the nearest whole dollar (up if remainder is 50¢ or more).

3.  The PPI-OL index has been adopted as the inflator for hourly rates because it better reflects the mix of legal services that law firms collectively offer, as opposed to the legal services that typical consumers use, which is what the CPI-

Legal Services index measures.  Although it is a national index, and not a local one, *cf. Eley v. District of Columbia*, 793 F.3d 97, 102 (D.C. Cir. 2015) (noting criticism of national inflation index), the PPI-OL index has historically been generous relative to other possibly applicable inflation indexes, and so its use should minimize disputes about whether the inflator is sufficient.

4.  The methodology used to compute the rates in this matrix replaces that used prior to 2015, which started with the matrix of hourly rates developed in *Laffey v. Northwest Airlines, Inc.* 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1021 (1985), and then adjusted those rates based on the Consumer Price Index for All Urban Consumers (CPI-U) for the Washington-Baltimore (DC-MD-VA-WV) area.  Because the USAO rates for the years 2014-15 and earlier have been generally accepted as reasonable by courts in the District of Columbia, see note 9 below, the USAO rates for those years will remain the same as previously published on the USAO's public website.  That is, the USAO rates for years prior to and including 2014-15 remain based on the prior methodology, *i.e.*, the original *Laffey* Matrix updated by the CPI-U for the Washington-Baltimore area.  *See Citizens for Responsibility & Ethics in Washington v. Dep't of Justice*, --- F. Supp. 3d ---, 2015 WL 6529371 (D.D.C. 2015) and Declaration of Dr. Laura A. Malowane filed therein on Sept. 22, 2015 (Civ. Action No. 12-1491, ECF No. 46-1) (confirming that the USAO rates for 2014-15 computed using prior methodology are reasonable).

5.  Although the USAO will not issue recalculated *Laffey* Matrices for past years using the new methodology, it will not oppose the use of that methodology (if properly applied) to calculate reasonable attorney's fees under applicable fee-shifting statutes for periods prior to June 2015, provided that methodology is used consistently to calculate the entire fee amount.  Similarly, although the USAO will no longer issue an updated *Laffey* Matrix computed using the prior methodology, it will not oppose the use of the prior methodology (if properly applied) to calculate reasonable attorney's fees under applicable fee-shifting statutes for periods after May 2015, provided that methodology is used consistently to calculate the entire fee amount.

6.  The various "brackets" in the column headed "Experience" refer to the attorney's years of experience practicing law.  Normally, an attorney's experience will be calculated starting from the attorney's graduation from law school.  Thus, the "Less than 2 years" bracket is generally applicable to attorneys in their first and second years after graduation from law school, and the "2-3 years" bracket generally becomes applicable on the second anniversary of the attorney's graduation (*i.e.*, at the beginning of the third year following law school).  *See Laffey*, 572 F. Supp. at 371.  An adjustment may be necessary, however, if the attorney's admission to the bar was significantly delayed or the attorney did not otherwise follow a typical career progression.  *See, e.g., EPIC v. Dep't of Homeland Sec.*, 999 F. Supp. 2d 61, 70-71 (D.D.C. 2013) (attorney not admitted to bar compensated at "Paralegals & Law Clerks" rate); *EPIC v. Dep't of Homeland Sec.*, 982 F. Supp. 2d 56, 60-61 (D.D.C. 2013) (same).  The various experience levels were selected by relying on the levels in the ALM Legal Intelligence 2011 survey data.  Although finer gradations in experience level might yield different estimates of market rates, it is important to have statistically sufficient sample sizes for each experience level.  The experience categories in the current USAO Matrix are based on statistically significant sample sizes for each experience level.

7.  ALM Legal Intelligence's 2011 survey data does not include rates for paralegals and law clerks.  Unless and until reliable survey data about actual paralegal/law clerk rates in the D.C. metropolitan area become available, the USAO will compute the hourly rate for Paralegals & Law Clerks using the most recent historical rate from the USAO's former *Laffey* Matrix (*i.e.*, $150 for 2014-15) updated with the PPI-OL index.  The formula is $150 multiplied by the PPI-OL index for May in the year of the update, divided by 194.3 (the PPI-OL index for May 2014), and then rounding to the nearest whole dollar (up if remainder is 50¢ or more).

8.  The USAO anticipates periodically revising the above matrix if more recent reliable survey data becomes available, especially data specific to the D.C. market, and in the interim years updating the most recent survey data with the PPI-OL index, or a comparable index for the District of Columbia if such a locality-specific index becomes available.

9.  Use of an updated *Laffey* Matrix was implicitly endorsed by the Court of Appeals in *Save Our Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc).  The Court of Appeals subsequently stated that parties may rely on the updated *Laffey* Matrix prepared by the USAO as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area.  *See Covington v. District of Columbia*, 57 F.3d 1101, 1105 & n.14, 1109 (D.C. Cir. 1995), *cert. denied*, 516 U.S. 1115 (1996).  Most lower federal courts in the District of Columbia

have relied on the USAO Matrix, rather than the so-called "*Salazar* Matrix" (also known as the "LSI Matrix" or the "Enhanced *Laffey* Matrix"), as the "benchmark for reasonable fees" in this jurisdiction.  *Miller v. Holzmann*, 575 F. Supp. 2d 2, 18 n.29 (D.D.C. 2008) (quoting *Pleasants v. Ridge*, 424 F. Supp. 2d 67, 71 n.2 (D.D.C. 2006)); *see, e.g., Joaquin v. Friendship Pub. Charter Sch.*, --- F. Supp. 3d ---, 2016 WL 3034151 (D.D.C. 2016); *Prunty v. Vivendi*, --- F. Supp. 3d ---, 2016 WL 3659889 (D.D.C. 2016); *CREW v. U.S. Dep't of Justice*, --- F. Supp. 3d ---, 2015 WL 6529371 (D.D.C. 2015); *McAllister v. District of Columbia*, 21 F. Supp. 3d 94 (D.D.C. 2014); *Embassy of Fed. Republic of Nigeria v. Ugwuonye*, 297 F.R.D. 4, 15 (D.D.C. 2013); *Berke v. Bureau of Prisons*, 942 F. Supp. 2d 71, 77 (D.D.C. 2013); *Fisher v. Friendship Pub. Charter Sch.*, 880 F. Supp. 2d 149, 154-55 (D.D.C. 2012); *Sykes v. District of Columbia*, 870 F. Supp. 2d 86, 93-96 (D.D.C. 2012); *Heller v. District of Columbia*, 832 F. Supp. 2d 32, 40-49 (D.D.C. 2011); *Hayes v. D.C. Public Schools*, 815 F. Supp. 2d 134, 142-43 (D.D.C. 2011); *Queen Anne's Conservation Ass'n v. Dep't of State*, 800 F. Supp. 2d 195, 200-01 (D.D.C. 2011); *Woodland v. Viacom, Inc.*, 255 F.R.D. 278, 279-80 (D.D.C. 2008); *American Lands Alliance v. Norton*, 525 F. Supp. 2d 135, 148-50 (D.D.C. 2007). *But see, e.g., Salazar v. District of Columbia*, 123 F. Supp. 2d 8, 13-15 (D.D.C. 2000).  The USAO contends that the *Salazar* Matrix is fundamentally flawed, does not use the *Salazar* Matrix to determine whether fee awards under fee-shifting statutes are reasonable, and will not consent to pay hourly rates calculated with the methodology on which that matrix is based.

EXHIBIT 4
Court Receipt

 Gmail

Kenneth Sergienko <cpslegalassistant1@gmail.com>

## Cornucopia 2016 NOSB - Fwd: Activity in Case 1:16-cv-02252 CORNUCOPIA INSTITUTE v. AGRICULTURAL MARKETING SERVICE Complaint

1 message

**Pete Sorenson** <petesorenson@gmail.com>                                                   Tue, Aug 15, 2017 at 1:23 PM
To: Casey Scofield <cpslegalassistant1@gmail.com>

---------- Forwarded message ----------
From: **Pete Sorenson** <petesorenson@gmail.com>
Date: Mon, Aug 14, 2017 at 12:39 AM
Subject: Cornucopia 2016 NOSB - Fwd: Activity in Case 1:16-cv-02252 CORNUCOPIA INSTITUTE v.
AGRICULTURAL MARKETING SERVICE Complaint
To: Casey Scofield <cpslegalassistant1@gmail.com>

---------- Forwarded message ----------
From: <DCD_ECFNotice@dcd.uscourts.gov>
Date: Mon, Nov 14, 2016 at 9:31 AM
Subject: Activity in Case 1:16-cv-02252 CORNUCOPIA INSTITUTE v. AGRICULTURAL MARKETING SERVICE
Complaint
To: DCD_ECFNotice@dcd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Sorenson, C. on 11/14/2016 at 12:31 PM EDT and filed on 11/14/2016
**Case Name:**            CORNUCOPIA INSTITUTE v. AGRICULTURAL MARKETING SERVICE
**Case Number:**          1:16-cv-02252
**Filer:**                CORNUCOPIA INSTITUTE
**Document Number:** 1

**Docket Text:**
**COMPLAINT against AGRICULTURAL MARKETING SERVICE ( Filing fee $ 400 receipt number 0090-4742507) filed by CORNUCOPIA INSTITUTE. (Attachments: # (1) Civil Cover Sheet, # (2) Summons, # (3) Summons, # (4) Summons)(Sorenson, C.)**

**1:16-cv-02252 Notice has been electronically mailed to:**

C. Peter Sorenson  petesorenson@gmail.com

**1:16-cv-02252 Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/14/2016] [FileNumber=4907072-0
] [578f63ec69113a771bfb4e53059268090ef2dafc5fcc8e8c23149199cb91ed9dc4a
ec9afd5fbfa94f0a4135ece23dc428c72ed38d2bfa8caa6f0a8a187ad2f94]]
**Document description:**Civil Cover Sheet
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/14/2016] [FileNumber=4907072-1
] [6a0869d8a4b7b56a2aea40162f8907e077d5b7bed811321e28f88c007d2fe7b2472
1a9e4002e5671132b44e846cf06c733acf87499fb600b1ddef2b0bc1c1943]]
**Document description:**Summons
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/14/2016] [FileNumber=4907072-2
] [149dd10bcd59b2275fe509fad199e6648cbf732f9516cfb32fe0600720c261843dc
cbecbed62ad0e9fa7265a50c2085ec3fd35831a8eef5371820800ea0b1dba]]
**Document description:**Summons
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/14/2016] [FileNumber=4907072-3
] [93f321bd02c85fad56dc411ca3fa72e4ec4b8a3b58878a9c0c7a6b49adc0cd09acf
6b9b60ac2b38dc010feadd6af6132bb642a56a18562241d72a88242f80e47]]
**Document description:**Summons
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=11/14/2016] [FileNumber=4907072-4
] [8d18038209b745e07d53aaa5dbdfd5553e4b0d7e107af5dee0f4eb03b0311d0b6c8
8bdb5424db8e523a9d4cae1a8d26fcebe44868ef615ba8392b6382057820d]]

EXHIBIT 5
Postage Receipt

*Corr... 2016 NOSB App. 11/16/16*

```
=======================================
             EUGENE
        520 WILLAMETTE ST
             EUGENE
               OR
           97401-2627
          4028550658
11/16/2016    (800)275-8777    4:18 PM
=======================================
=======================================
Product              Sale      Final
Description          Qty       Price

First-Class            1       $1.36
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 2.30 Oz)
    (Expected Delivery Day)
    (Saturday 11/19/2016)
Certified              1       $3.30
    (@@USPS Certified Mail #)
    (70150640000300943949)
Return                 1       $2.70
Receipt
    (@@USPS Return Receipt #)
    (95909402224861937816 41)
First-Class            1       $1.36
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:0 Lb 2.30 Oz)
    (Expected Delivery Day)
    (Saturday 11/19/2016)
Certified              1       $3.30
    (@@USPS Certified Mail #)
    (70150640000300943932)
Return                 1       $2.70
Receipt
    (@@USPS Return Receipt #)
    (95909402224861937816 34)
First-Class            1       $1.36
Mail
Large Envelope
    (Domestic)
    (WASHINGTON, DC  20250)
    (Weight:0 Lb 2.30 Oz)
    (Expected Delivery Day)
    (Saturday 11/19/2016)
Certified              1       $3.30
    (@@USPS Certified Mail #)
    (70150640000300943918)
Return                 1       $2.70
Receipt
    (@@USPS Return Receipt #)
    (95909402224861937816 27)

Total                          $22.08

Credit Card Remitd             $22.08
    (Card Name:VISA)
    (Account #:XXXXXXXXXXXX1689)
    (Approval #:04696C)
    (Transaction #:652)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
```

```
;
c
Associate can show you how.

*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************************

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clickNship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*******************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*******************************************

All sales final on stamps and postage
Refunds for guaranteed services only
     Thank you for your business

     HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

            Go to:
   https://postalexperience.com/Pos

   840-5970-0166-003-00003-85154-02

       or scan this code with
        your mobile device:
```



```
       or call 1-800-410-7420.

         YOUR OPINION COUNTS

Bill #:  840-59700166-3-385154-2
Clerk:   33
```